■ MURIEL WINEGRAD et al., Respondents, v NEW YORK UNIVERSITY MEDICAL CENTER, Defendant, and JOSEPH JACOBS et al., Appellants. — Upon remittitur from the Court of Appeals, order, Supreme Court, New York County (Leonard Cohen, J.), entered on May 22, 1984, unanimously affirmed, and the parties are directed to settle an order at Special Term so as to provide for new dates for the examination of the defendant doctors. No opinion. Concur — Murphy, P. J., Kupferman, Asch and Fein, JJ.